FILED
09 AUG 21 PM 2:40
RICHARD
CLERK, U.S.
DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Golden Gate Pharmacy Services

Plaintiff(s),

v.

Pfizer

Defendant(s).

CV 09 3854 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 21, 2009.

Signature: Joseph M. Alioto

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")