IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOLDEN GATE PHARMACY SERVICES,

        Plaintiff,

  vs.

PFIZER,

        Defendant.
                              /

No. C-09-3854 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

       The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  _X_  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  ____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  ____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

       All previous hearing dates are hereby **VACATED.**

Dated: August 24, 2009

                                              MARIA-ELENA JAMES
                                              Chief United States Magistrate Judge