IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICE, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R.Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER's APOTHECARY,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., and WYETH,<br><br>Defendants. | Case No. CV-09-3854 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DANIEL A. SCHIFFER *PRO HAC VICE* |

Daniel A. Schiffer, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is 1111 Pennsylvania Avenue, NW, Washington, D.C. 20004, (202) 739-3000, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Pfizer Inc. ("Application").

IT IS HEREBY ORDERED THAT the Application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the

1  application will constitute notice to the party. All future filings in this action are subject to the
2  requirements contained in General Order No. 45, *Electronic Case Filing*.

4  DATED: September 15 __, 2009

The Honorable Maxine M. Chesney
United States District Court Judge