SEP 23 PM 1:3

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R.Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., and WYETH<br><br>Defendants. | Case No. CV-09-3854 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JULIE L. BOEHMKE *PRO HAC VICE* |

Julie L. Boehmke, an active member in good standing of the bar of the State of Minnesota, whose business address and telephone number is 500 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, (612) 632-3018, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs ("Application").

1   IT IS HEREBY ORDERED THAT the Application is GRANTED, subject to the terms
2   and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance
3   *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
4   application will constitute notice to the party. All future filings in this action are subject to the
5   requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 29, 2009.

*[signature]*
The Honorable Maxine M. Chesney
United States District Court Judge