Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Angelina Alioto-Grace (SBN 206899)
Thomas P. Pier (SBN 235740)
ALIOTO LAW FIRM
555 California Street
Thirty-First Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R. Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>            Plaintiffs,<br><br>v.<br><br>PFIZER, INC., and WYETH<br><br>            Defendants. | Case No. CV-09-3854-MMC<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date:         October 16, 2009<br>Time:        9:30 A.M.<br>Courtroom:  Courtroom 7, 19th Floor<br>Judge:       The Honorable Maxine M. Chesney<br>Trial Date:  Not yet set |

Plaintiffs above-named, having moved for a temporary restraining order and an order to show cause; the matter having come on for hearing before this Court; plaintiffs having made the requisite showing, pursuant to Fed.R.Civ.P. 65 and *Independent Living Center of Southern California, Inc. v. Maxwell-Jolly*, 572 F.3d 644, 651 (9th Cir. 2009); and this Court

being of the opinion and belief that the temporary restraining order and order to show cause should be granted, IT IS HEREBY ORDERED THAT:

    1.    Defendants above-named, their officers, directors, employees, agents, and all persons acting in concert with them or subject to their direction are hereby temporarily restrained and enjoined, for a period of __ days, from consummating and completing the merger described in paragraphs 35 through 38 of the Complaint herein; and

    2.    The defendants above-named are ordered to appear before this Court on _____, 2009, at _____ __.m., to show cause why the temporary restraining order issued herein should not become a preliminary injunction enjoining defendants from consummating their merger during the pendency of this action.

Dated: _____, 2009.

                                        _____
                                        The Honorable Maxine M. Chesney
                                        United States District Court Judge

GP:2649262 v1