IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PFIZER, INC., and WYETH,<br><br>　　　　Defendants | No. C-09-3854 MMC<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

　　　The Court is in receipt of plaintiffs' "Application for Temporary Restraining Order and Order to Show Cause," filed October 13, 2009, which application plaintiffs seek to have heard on October 16, 2009.

　　　Having read and considered the application, the Court hereby DENIES the application for the following reasons:

　　　1. By separate order filed concurrently herewith, the Court has dismissed plaintiffs' complaint for failure to allege a cognizable product market, and, consequently, plaintiffs cannot establish they are likely to succeed on the merits of the claims in their complaint. See Winter v. Natural Res. Def. Council, Inc., 129 S. Ct. 365, 374 (2008) (holding party seeking injunction "must establish," inter alia, it is "likely to succeed on the merits" of its claim).

2. Plaintiffs have failed to show why the instant application should be heard on substantially shortened time. See Civil L.R. 7-2(a) (providing that "[e]xcept as otherwise ordered or permitted by the assigned Judge . . . , all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion").

**IT IS SO ORDERED.**

Dated: October 14, 2009

MAXINE M. CHESNEY
United States District Judge

2