RECEIVED

OCT 0 7 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Golden Gate Pharmacy Services, Inc., et al.<br><br>Plaintiff,<br><br>v.<br><br>Pfizer, Inc., et al.<br><br>Defendant. | CASE NO. 9-3854 MMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Joseph F. Tringali , whose business address and telephone number is

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954; telephone: (212) 455-2000,

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Wyeth.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 15, 2009

Hon. Maxine M. Chesney
United States District Judge