MORGAN, LEWIS & BOCKIUS, LLP
Franklin Brockway Gowdy, State Bar No. 047918
Kent M. Roger, State Bar No. 095987
Lisa Tenorio-Kutzkey, State Bar No. 205955
R. Sturtevant Eaton, State Bar No. 240761
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000; Fax: (415)442-1001
Email: fgowdy@morganlewis.com
kroger@morganlewis.com
ltenorio-kutzkey@morganlewis.com
reaton@morganlewis.com

Scott A. Stempel (*appearing Pro Hac Vice*)
John Clayton Everett, Jr. (*appearing Pro Hac Vice*)
111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: sstempel@morganlewis.com
jeverett@morganlewis.com

Attorneys for Defendants Pfizer Inc.
PFIZER INC. AND WYETH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R.Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., AND WYETH,<br><br>Defendants. | Case No. CV-09-3854 MMC<br><br>**DEFENDANTS' OBJECTIONS TO THE DECLARATION OF JAMES CLAYWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date:<br>Time:<br>Place: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: None set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63822375.1

DEFENDANTS' OBJECTIONS TO
CLAYWORTH DECLARATION
CV-09-3854-MMC

Defendants Pfizer Inc. and Wyeth ("Defendants") hereby object to the Declaration of Plaintiff James Clayworth ("Clayworth Declaration") filed in support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause. The declaration lacks foundation in that while declarant avers he is one of the named plaintiffs, he does not lay an evidentiary foundation for the complaint's allegation that he is a pharmacist who has made any purchases from either defendant, either directly or indirectly. Thus, the declaration does not speak to this Plaintiff's standing. Likewise, none of the other named Plaintiffs has submitted a declaration declaring that he, she or it has made any purchases from either defendant or even that any of them will be irreparably injured. The Clayworth Declaration consists wholly of inadmissible legal conclusions dressed up as incantations invoking the legal standard of "irreparable injury" to "business and property." FRE 401, 402, 602, 701 and 704.

Defendants also object to Plaintiff Clayworth's statement that "my business is threatened with or damaged by the merger in the form of higher drug prices, diminished choice of drugs and lower quality of drugs." FRE 401, 402, 602, 701 and 704. This statement also lacks foundation, given that the declarant does not establish his standing as a purchaser from either defendant and is thus inadmissibly conclusory as it does not state any evidentiary facts to support it.

Dated: October 20, 2009

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/_____
　　　Franklin Brockway Gowdy

Attorneys for Defendants
PFIZER INC. AND WYETH

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63822375.1

DEFENDANTS' OBJECTIONS TO
CLAYWORTH DECLARATION
CV-09-3854-MMC