1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   GOLDEN GATE PHARMACY SERVICES,          No. C-09-3854 MMC
     INC., d/b/a GOLDEN GATE PHARMACY, et
12   al.,                                    **ORDER APPROVING SUBSTITUTION
                                             OF ATTORNEYS**
13              Plaintiffs,

14     v.

15   PFIZER, INC., and WYETH,

16              Defendants
     _____/

17

18          Before the Court is defendant Wyeth's Substitution of Attorneys, filed October 19,

19   2009.

20          Good cause appearing, the substitution is hereby APPROVED.  <u>See</u> Civil L.R. 11-

21   5(a) (providing counsel may not withdraw from action until relieved by order of court), and

22   Morgan Lewis & Bockius LLP is hereby substituted as counsel of record for said defendant.

23          **IT IS SO ORDERED.**

24

25   Dated: October 23, 2009                    _____
                                                MAXINE M. CHESNEY
26                                              United States District Judge

27

28