| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Franklin Brockway Gowdy, State Bar No. 047918 |
| 2 | Kent M. Roger, State Bar No. 095987 |
| | Lisa Tenorio-Kutzkey, State Bar No. 205955 |
| 3 | R. Sturtevant Eaton, State Bar No. 240761 |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 |
| 5 | Fax: 415.442.1001 |
| | E-mail: fgowdy@morganlewis.com |
| 6 | kroger@morganlewis.com |
| | ltenorio-kutzkey@morganlewis.com |
| 7 | reaton@morganlewis.com |
| 8 | Scott A. Stempel (*appearing Pro Hac Vice*) |
| | John Clayton Everett, Jr. (*appearing Pro Hac Vice*) |
| 9 | Daniel A. Schiffer (*appearing Pro Hac Vice*) |
| | 1111 Pennsylvania Ave NW |
| 10 | Washington, DC 20004 |
| | Tel: 202.739.3000 |
| 11 | Fax: 202.739.3001 |
| | E-mail: sstempel@morganlewis.com |
| 12 | jeverett@morganlewis.com |
| | dschiffer@morganlewis.com |
| 13 | |
| | Attorneys for Defendants Pfizer Inc. and Wyeth |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R.Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER's APOTHECARY,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER INC., and WYETH,<br><br>Defendants. | Case No. CV-09-3854 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED HEARING DATE FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Date: December 4, 2009<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br><br>Trial Date: Not yet set |

DB1/63873929.1

JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED HEARING DATE FOR PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
Case No. CV-09-3854-MMC

The parties in this action hereby submit this Joint Stipulation and [Proposed] Order to set a new hearing date for Plaintiffs' Motion for Temporary Restraining Order and Order to Show Case from November 20, 2009 to December 4, 2009 at 9:00 a.m.

Respectfully submitted,

Dated: October 28, 2009         MORGAN, LEWIS & BOCKIUS LLP

By _____/s/_____
Kent M. Roger (SBN 95987)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Email: kroger@morganlewis.com

Counsel for Defendants Pfizer Inc. and Wyeth

Dated: October 28, 2009         ALIOTO LAW FIRM

By _____/s/_____
Joseph M. Alioto
555 California Street, Suite 3160
San Francisco, CA 94104
Tel: 415.434.8900
Fax: 415.434.9200
Email: jmalioto@aliotolaw.com

Counsel for Plaintiffs

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from: Joseph M. Alioto.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _November 4, 2009_____        By _/s/ Maxine M. Chesney_____
The Honorable Maxine M. Chesney
United States District Judge

DB1/63873929.1

2

JOINT STIPULATION AND [PROPOSED] ORDER RE REVISED HEARING DATE FOR PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE
Case No. CV-09-3854-MMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO