MORGAN, LEWIS & BOCKIUS LLP
Franklin Brockway Gowdy, State Bar No. 047918
Kent M. Roger, State Bar No. 095987
Lisa Tenorio-Kutzkey, State Bar No. 205955
R. Sturtevant Eaton, State Bar No. 240761
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: fgowdy@morganlewis.com
  kroger@morganlewis.com
  ltenorio-kutzkey@morganlewis.com
  reaton@morganlewis.com

Scott A. Stempel (*appearing Pro Hac Vice*)
John Clayton Everett, Jr. (*appearing Pro Hac Vice*)
Daniel A. Schiffer (*appearing Pro Hac Vice*)
1111 Pennsylvania Ave NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: sstempel@morganlewis.com
  jeverett@morganlewis.com
  dschiffer@morganlewis.com

Attorneys for Defendants Pfizer Inc. & Wyeth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R.Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER's APOTHECARY,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER INC., and WYETH,<br><br>Defendants. | Case No. CV-09-3854-MMC<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: December 4, 2009<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 7, 19th Floor<br>Judge: The Hon. Maxine M. Chesney<br><br>Trial Date: Not yet set |

DB1/63917851.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED MOTION TO DISMISS PLAINTIFFS' FA COMPLAINT; MEMO POINTS AND AUTHORITIES IN SUPPORT
Case No. CV-09-3854-MMC

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on Friday, December 4, 2009, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 7, 19th Floor, of the United States District Courthouse, 450 Golden Gate Ave, San Francisco, CA 94102, Defendants Pfizer Inc. and Wyeth will, and hereby do, move the Court to dismiss Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted.

Defendants bring this Motion based upon this Notice, Rule 12(b)(6) of the Federal Rules of Civil Procedure, the attached Memorandum of Points and Authorities, all records on file with this Court, and such further oral and written argument as may be presented at, or prior to, the hearing of this matter.

**STATEMENT OF ISSUES**

1. Whether Plaintiffs fail to allege a plausible violation of either Section 7 of the Clayton Act, 15 U.S.C. § 18, or Section 1 of the Sherman Act, 15 U.S.C. § 1, as required by *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

DB1/63917851.1

1

AMENDED MOTION TO DISMISS PLAINTIFFS' FA COMPLAINT; MEMO POINTS AND AUTHORITIES IN SUPPORT
Case No. CV-09-3854-MMC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated: November 6, 2009 | MORGAN, LEWIS & BOCKIUS LLP |

By _____/s/_____
Franklin Brockway Gowdy (SBN 47918)
Kent M. Roger (SBN 95987)
Lisa Tenorio-Kutzkey (SBN 205955)
R. Sturtevant Eaton (SBN 240761)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
Email: fgowdy@morganlewis.com
Email: kroger@morganlewis.com
Email: ltenorio-kutzkey@morganlewis.com
Email: reaton@morganlewis.com

Scott A. Stempel
J. Clayton Everett, Jr.
Daniel A. Schiffer
1111 Pennsylvania Ave., NW
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001
Email: sstempel@morganlewis.com
Email: jeverett@morganlewis.com
Email: dschiffer@morganlewis.com

Counsel for Defendants Pfizer Inc. and Wyeth

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/63917851.1

2

AMENDED MOTION TO DISMISS PLAINTIFFS' FA COMPLAINT; MEMO POINTS AND AUTHORITIES IN SUPPORT
Case No. CV-09-3854-MMC