IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., and WYETH, <br><br> Defendants / | No. C-09-3854 MMC <br><br> **ORDER AFFORDING DEFENDANTS OPPORTUNITY TO FILE RESPONSE TO PLAINTIFFS' EX PARTE APPLICATION FILED NOVEMBER 18, 2009** |

Before the Court is plaintiffs' "Ex Parte Application for A Temporary Restraining Order and Order to Show Cause Pending Hearing on 12/4/09," filed November 18, 2009.

The Court hereby affords defendants the opportunity to file, no later than November 20, 2009, by 2:00 p.m., a response thereto. As of November 20, 2009, at 2:00 p.m., the Court will take the above-referred application under submission, unless the parties are otherwise advised.

**IT IS SO ORDERED.**

Dated: November 18, 2009

MAXINE M. CHESNEY
United States District Judge