IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., and WYETH, <br><br> Defendants / | No. C-09-3854 MMC <br><br> **ORDER DENYING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER FILED NOVEMBER 18, 2009** |

    Before the Court is plaintiffs' "Ex Parte Application for Temporary Restraining Order and Order to Show Cause Pending Hearing on 12/4/09," filed November 18, 2009 ("November 18 Application"). Defendants have filed opposition. Having read and considered the application, the Court hereby rules as follows.

    By application filed October 16, 2009 ("October 16 Application"), plaintiffs seek issuance of a temporary restraining order; said application is scheduled for hearing on December 4, 2009. By the instant application, plaintiffs argue that, pending the December 4 hearing on the October 16 Application, certain of the relief sought in that application should be granted immediately. Specifically, plaintiffs argue, the Court should temporarily enjoin defendants, until the December 4 hearing, from "closing any of their research sites," "laying off any of their employees," "abandoning or eliminating any therapies, real or

potential," and "increasing any of their prices for drugs."  (See Pl.'s Appl. filed November 18, 2009, at 10:9-15.)[1]

The Court finds the evidence offered in support of the November 18 Application is insufficient to demonstrate that, in the two weeks between today's date and the December 4 hearing, defendants will close research sites, lay off employees, abandon therapies, or increase prices.  Moreover, the evidence offered in support of the November 18 Application is insufficient to support a finding that there exists a likelihood that any plaintiff will suffer irreparable injury in the interim.

Accordingly, plaintiffs' November 18 Application is hereby DENIED.[2]

**IT IS SO ORDERED.**

Dated: November 20, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] Additionally, plaintiffs request issuance of an order to show cause, directing defendants to state why they allegedly "concealed from the Court their intentions to shut down their Research and Development plants, abandon therapies and increase prices." (See id. at 16-18.)  The Court declines to issue such an order, for the reason that plaintiffs offer no evidence of any such concealment.

[2] In connection with the hearing on plaintiffs' October 16 Application, the Court will, however, consider the evidence submitted by plaintiffs in support of their November 18 Application, as well as the evidence submitted by defendants in support of their opposition to the November 18 Application.