IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER, INC., and WYETH, <br><br> Defendants | No. C-09-3854 MMC <br><br> **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 22, 2010, defendants filed a motion to dismiss plaintiffs' Second Amended Complaint, and noticed said motion for hearing on February 26, 2010. Thereafter, on February 22, 2010, defendants filed a motion for sanctions, and noticed said motion for hearing on April 2, 2010.

Defendants' motions present several issues in common. Accordingly, in the interests of judicial economy, the Court hereby CONTINUES the hearing on defendants' motion to dismiss from February 26, 2010 to April 2, 2010.

Further, in light of the pendency of the above-referenced motion to dismiss, the Case Management Conference is hereby CONTINUED from February 26, 2010 to May 21, 2010. A Joint Case Management Statement shall be filed no later than May 14, 2010.

**IT IS SO ORDERED.**

Dated: February 23, 2010

MAXINE M. CHESNEY
United States District Judge