IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants | No. C 09-3854 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND MOTION TO COMPEL** |

    Pursuant to Civil Local Rule 72-1, plaintiffs' "Ex Parte Application for an Order Shortening Time and Motion to Compel Disclosure and Permit Use of Discovery Obtained in State Court," filed March 2, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: March 3, 2010

                                              MAXINE M. CHESNEY
                                              United States District Judge