IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., and WYETH,<br><br>Defendants / | No. C-09-3854 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SANCTIONS; VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |

    Before the Court is plaintiffs' Motion for Administrative Relief to Continue Hearings, filed March 9, 2010, by which plaintiffs seek to continue the April 2, 2010 hearing on defendants' motion for sanctions and defendants' motion to dismiss. Defendants have filed opposition thereto. Having read and considered the papers filed in support of and in opposition to the administrative motion, the Court rules as follows.

    The grounds on which plaintiffs rely are no longer applicable, in light of the March 9, 2010 order issued by Magistrate Judge James Larson. (See Order Denying Ex Parte Application for an Order Shortening Time, Declining to Consider Motion to Compel Disclosure.) Given the proximity of the date of such ruling to the date opposition to the motion for sanctions is due, however, and given the number of other cases in which motions currently are scheduled for hearing on April 2, 2010, the Court hereby

1   CONTINUES the hearing on defendants' motion for sanctions to April 16, 2010.

2   Additionally, the Court hereby VACATES the April 2, 2010 hearing on defendants' motion to

3   dismiss, and takes the motion to dismiss under submission on the parties' written

4   submissions.

5       **IT IS SO ORDERED.**

7   Dated: March 11, 2010

      MAXINE M. CHESNEY
      United States District Judge