Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Joseph M. Alioto, Jr. (SBN 215544)
Angelina Alioto-Grace (SBN 206899)
Thomas P. Pier (SBN 235740)
ALIOTO LAW FIRM
555 California Street
Thirty-First Floor
San Francisco, CA  94104
Telephone:  (415) 434-8900
Facsimile: (415) 434-9200
Email: jmalioto@aliotolaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, JAMES CLAYWORTH, R.Ph., MARIN APOTHECARIES, d/b/a ROSS VALLEY PHARMACY, PEDIATRIC CARE PHARMACY, INC., TONY MAVRANTONIS, R.Ph., JOHN O'CONNELL, R. Ph., and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., and WYETH<br><br>    Defendants. | **Case No. CV-09-3854-MMC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING ON APRIL 16, 2010 TO APRIL 23, 2010**<br><br>Judge:  The Honorable Maxine M. Chesney<br>Trial Date:  Not yet set |

Based upon the stipulation to continue hearing on April 16, 2010 to April 23, 2010, on Defendants' motion for sanctions,

IT IS HEREBY ORDERED that the hearing on April 16, 2010, on Defendants' motion for sanctions, is continued to April 23, 2010.

Dated: __March 26_____, 2010.

*[signature: Maxine M. Chesney]*
The Honorable Maxine M. Chesney
United States District Court Judge