IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY, et al., <br><br> Plaintiffs, <br> v. <br><br> PFIZER, INC., and WYETH, <br><br> Defendants / | No. C 09-3854 MMC (JL) <br><br> **ORDER DENYING PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S MARCH 9, 2010 ORDER** |

Before the Court are plaintiffs' Objections, filed March 23, 2010, to Magistrate Judge James Larson's "Order Denying Ex Parte Application for an Order Shortening Time, Declining to Consider Motion to Compel Disclosure," filed March 9, 2010.

Having fully considered the matter, the Court hereby DENIES the Objections, for the reason that plaintiffs have failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law); see also Civil L.R. 6-3(a) (setting forth content that must be included in declaration filed in support of motion to shorten time); Civil L. R. 6-3(c) (providing opposition to motion to shorten time must be filed "no later than 4 days after receiving the motion").

**IT IS SO ORDERED.**

Dated: March 26, 2010

MAXINE M. CHESNEY
United States District Judge